UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
APR 20 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| JOSHUA D. JUDE, | ) | |
| | ) | 1:21-cr-0131 JRS-MJD |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
18 U.S.C. § 922(g)(1)
Possession of a Firearm by a Convicted Felon

On or about October 24, 2020, within the Southern District of Indiana, JOSHUA D. JUDE, the defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Smith & Wesson .45 caliber handgun, after having been knowingly convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit:

Unlawful Possession of a Firearm by a Convicted Felon in cause number 18-cr-00104-JMS-DML, Southern District of Indiana on or about August 2, 2018, and/or Intimidation and Battery in cause 49G25-1109-FB-065859, Marion County, Indiana on or about April 4, 2012.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
## 18 U.S.C. § 922(g)(1)
## Possession of a Firearm by a Convicted Felon

On or about December 22, 2020, within the Southern District of Indiana, JOSHUA D. JUDE, the defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Smith & Wesson .45 caliber handgun, after having been knowingly convicted of a crime punishable by a term of imprisonment exceeding one (1) year, to wit:

Unlawful Possession of a Firearm by a Convicted Felon in cause number 18-cr-00104-JMS-DML, Southern District of Indiana on or about August 2, 2018, and/or Intimidation and Battery in cause 49G25-1109-FB-065859, Marion County, Indiana on or about April 4, 2012.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in Counts 1 or 2 of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to, the following:

      a.      One Smith & Wesson .45 caliber handgun; and

      b.      Any ammunition associated with the offense.

4.      In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Pamela S. Domash
Assistant United States Attorney